United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RAFAEL RUIZ, § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 7:14-CV-921 |
| § | |
| DR. STEVEN A. MERCADO, *et al*, § | |
| § | |
| Defendants § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (D.E.#18) regarding Plaintiff's civil rights complaint filed in conjunction with his application to proceed IFP, along with Plaintiff's objections (D.E.#20). Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the Report and Recommendation. Finding no clearly erroneous error, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in the United States Magistrate Judge Dorina Ramos' Report and Recommendation entered on the 10th day of February, 2016, are hereby adopted by this Court.

It is further **ORDERED** that Plaintiff's claims be **DISMISSED** with prejudice as frivolous and/or for failure to state a claim.

The Clerk shall send a copy of this Order to Plaintiff by any receipted means.

SO ORDERED this 23rd day of March, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge